

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>Appellant, | § | No. 08-25-00056-CR |
| | § | Appeal from the |
| v. | § | 394th District Court |
| JESUS MANUEL OLIVAS,<br>Appellee. | § | of Culberson County, Texas |
| | § | (TC#2057) |

## <u>MEMORANDUM OPINION</u>

On December 20, 2024, the State of Texas filed a notice of appeal from an order excluding the State's evidence. *See* Tex. Code Crim. Proc. art. 44.01(a)(5) (permitting the State to appeal from an order suppressing evidence). Now before the Court is the State's motion to dismiss this appeal pursuant to Rule 42.2(a). Tex. R. App. P. 42.2(a) (allowing an appellate court to dismiss a criminal appeal upon the appellant's motion before the court hands down its opinion).

As the Court has not issued an opinion, the motion is GRANTED, and the appeal is dismissed.

LISA J. SOTO, Justice

February 6, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)